**CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, a Pension Trust, and Central States, Southeast and Southwest Areas Health and Welfare Fund, a Health and Welfare Trust, Plaintiffs–Appellants,**

v.

**GERBER TRUCK SERVICE, INC., Defendant–Appellee.**

No. 87–2480.

United States Court of Appeals, Seventh Circuit.

Jan. 6, 1989.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges.

---

**562**

## ORDER

A majority of the judges in active service have voted to rehear this case *en banc.* Accordingly,

IT IS ORDERED that rehearing *en banc* be, and the same is hereby, GRANTED.

IT IS FURTHER ORDERED that the judgment and opinion entered in this case on August 25, 1988, 854 F.2d 1074, be, and are hereby, VACATED. This case will be reheard *en banc* at the convenience of the court.